B1 (Official Form 1) (04/13)

| **UNITED STATES BANKRUPTCY COURT**<br>Eastern District of New York | **VOLUNTARY PETITION** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>488-486 Lefferts LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>26-2260912 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>119-16 Jamaica Avenue<br>Richmond Hill, NY<br>ZIP CODE 11418 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Queens | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** 488-486 Lefferts LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): 488-486 Lefferts LLC |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ Edward N. Gewirtz<br>Signature of Attorney for Debtor(s)<br>Edward N. Gewirtz (EG6801)<br>Printed Name of Attorney for Debtor(s)<br>Bronstein, Gewirtz & Grossman, LLC<br>Firm Name<br>60 East 42nd Street - Suite 4600<br>New York, NY 10165<br>Address<br><br>Telephone Number<br>06/09/2015<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Nir Zeer<br>Signature of Authorized Individual<br>Nir Zeer<br>Printed Name of Authorized Individual<br>Managing Member<br>Title of Authorized Individual<br>06/09/2015<br>Date | Address<br><br>X _____<br>Signature<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## Resolution of Member of LLC
## of
## 488-486 Lefferts LLC

Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nir Zeer, Managing member of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Nir Zeer, Managing member of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Nir Zeer, Managing member of this company is authorized and directed to employ Edward Gewirtz, Esq., attorney and the law firm of Bronstein, Gewirtz & Grossman, LLC to represent the company in such bankruptcy case.

Date: __June 9, 2015__    Signed_____
                          Nir Zeer

Date: __June 9, 2015__    Signed_____
                          Shlomo Zeer

Date: __June 9, 2015__    Signed_____
                          David Marom

# United States Bankruptcy Court
## Eastern District of New York

In re: <u>488-486 Lefferts LLC</u>  
              Debtor

Case No._____  
Chapter <u>11</u>

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Nir Zir, declare under penalty of perjury that I am the Managing member of 488-486 Lefferts LLC, and that the following is a true and correct copy of the resolutions adopted by the Members of said LLC.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, Nir Zeer, Managing member of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Nir Zeer, Managing member of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Nir Zeer, Managing member of this company is authorized and directed to employ Edward Gewirtz, Esq., attorney and the law firm of Bronstein, Gewirtz & Grossman, LLC to represent the corporation in such bankruptcy case.

Date: <u>June 9, 2015</u>

Signed_____  
           Nir Zeer

## Resolution of Member of LLC
## of
## 488-486 Lefferts LLC

Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nir Zeer, Managing member of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Nir Zeer, Managing member of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Nir Zeer, Managing member of this company is authorized and directed to employ Edward Gewirtz, Esq., attorney and the law firm of Bronstein, Gewirtz & Grossman, LLC to represent the company in such bankruptcy case.

Date: __June 9, 2015__        Signed_____
                                              Nir Zeer

Date: __June 9, 2015__        Signed_____
                                              Shlomo Zeer

Date: __June 9, 2015__        Signed_____
                                              David Marom

Resolution of Member of LLC
of
**488-486 Lefferts LLC**

Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nir Zeer, Managing member of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Nir Zeer, Managing member of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Nir Zeer, Managing member of this company is authorized and directed to employ Edward Gewirtz, Esq., attorney and the law firm of Bronstein, Gewirtz & Grossman, LLC to represent the company in such bankruptcy case.

Date: June 9, 2015            Signed_____
                              Nir Zeer

Date: June 9, 2015            Signed_____
                              Shlomo Zeer

Date: June 9, 2015            Signed_____
                              David Marom

B4 (Official Form 4) (12/07) - Cont.

In re 488-486 Lefferts, LLC                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Arial Properties Advisors<br>122 E. 42nd Street<br>New York, NY 10168 | Arial Properties Advisors<br>122 E. 42nd Street<br>New York, NY 10168 | Trade Debt | Disputed | Unknown |
| Danrich Family Homes<br>119-16 Jamaica Avenue<br>Richmond Hill, NY 11418 | Danrich Family Homes<br>119-16 Jamaica Avenue<br>Richmond Hill, NY 11418 | Trade Debt | Disputed | Unknown |
| David Marom<br>15 Braisted Avenue<br>Staten Island, NY 10314 | David Marom<br>15 Braisted Avenue<br>Staten Island, NY 10314 | Trade Debt | Disputed | $500,000.00 |
| David Snir c/o<br>Ronen Shiponi, Esq.<br>10714 71st Road, #2<br>Forest Hills, NY 11375 | David Snir c/o<br>Ronen Shiponi, Esq.<br>10714 71st Road, #2<br>Forest Hills, NY 11375 | Trade Debt | Disputed | Unknown |
| DBL Capital, LLC<br>4409 16th Avenue<br>Brooklyn, NY 11204 | DBL Capital, LLC<br>4409 16th Avenue<br>Brooklyn, NY 11204 | Trade Debt | Disputed | Unknown |
| Fay Capital c/o<br>Miller Rosado & Algios<br>200 Old Country Road<br>Mineola, NY 11501 | Fay Capital c/o<br>Miller Rosado & Algios<br>200 Old Country Road<br>Mineola, NY 11501 | Trade Debt | Disputed | Unknown |
| Heights Properties<br>382 Kingston Avenue<br>Brooklyn, NY 11225 | Heights Properties<br>382 Kingston Avenue<br>Brooklyn, NY 11225 | Trade Debt | Disputed | Unknown |
| Marc E. Scollar, Esq.<br>1031 Victory Boulevard<br>Staten Island, NY 10301 | Marc E. Scollar, Esq.<br>1031 Victory Boulevard<br>Staten Island, NY 10301 | Legal Fees | Disputed | $5,500.00 |
| Madison Park Investors<br>c/o Harris Beach, PLLC<br>333 Earle Ovington Bldg<br>Uniondale, NY 11553 | Madison Park Investors<br>c/o Harris Beach, PLLC<br>333 Earle Ovington Bldg<br>Uniondale, NY 11553 | Trade Debt | Disputed | $1,200,000.00 |
| Nir Zeer<br>3820 Lombardy Street<br>Hollywood, FL 33021 | Nir Zeer<br>3820 Lombardy Street<br>Hollywood, FL 33021 | Trade Debt | Disputed | Unknown |
| Shlomo Zeer<br>181 W. King Street<br>Hillside, NJ 07205 | Shlomo Zeer<br>181 W. King Street<br>Hillside, NJ 07205 | Trade Debt | Disputed | Unknown |

**B4 (Official Form 4) (12/07) - Cont.**

In re 488-486 Lefferts, LLC  Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NYC Environmental Control 9 Bond Street - 7th Floor Brooklyn, NY 11201 | NYC Environmental Control 9 Bond Street - 7th Floor Brooklyn, NY 11201 | Trade Debt | Disputed | Unknown |
| NYS Dept. of Taxation PO Box 5300 Albany, NY 12205 | NYS Dept. of Taxation PO Box 5300 Albany, NY 12205 | Taxes | Disputed | $20,970.00 |
| Ramy Zion 604 East New York Avenue Apartment 4-L Brooklyn, NY 11203 | Ramy Zion 604 East New York Avenue Apartment 4-L Brooklyn, NY 11203 | Trade Debt | Disputed | $100,000.00 |
| Sion Associates 24410 Jericho Turnpike Floral Park, NY 11001 | Sion Associates 24410 Jericho Turnpike Floral Park, NY 11001 | Trade Debt | Disputed | $25,000.00 |
| Internal Revenue Service 2 Metro Tech - 1st Floor Brooklyn, NY 11201 | Internal Revenue Service 2 Metro Tech - 1st Floor Brooklyn, NY 11201 | Trade Debt | Disputed | Unknown |
| Vintage Equities Corp c/o Harris Beach, PLLC 333 Earl Ovington Bld Uniondale, NY 11553 | Vintage Equities Corp c/o Harris Beach, PLLC 333 Earl Ovington Bldg Uniondale, NY 11553 | Trade Debt | Disputed | Unknown |

Arial Properties Advisors
Att: Jonathan Berman
122 E. 42nd Street
New York, NY 10168


Danrich Family Homes
119-16 Jamaica Avenue
Richmond Hill, NY 11418


David Marom
15 Braisted Avenue
Staten Island, NY 10314


David Snir c/o
Ronen Shiponi, Esq.
10714 71st Road
#2
Forest Hills, NY 11375


DBL Capital, LLC
4409 16th Avenue
Brooklyn, NY 11204


Fay Capital c/o
Miller, Rosado & Algios
200 Old Country Road
Mineola, NY 11501


Heights Properties
382 Kingston Avenue
Brooklyn, NY 11225


Internal Revenue Service
2 Metro Tech
1st Floor
Brooklyn, NY 11201


Madison Park Investors
c/o Harris Beach, PLLC
333 Earle Ovington Bldg
Suite 901
Uniondale, NY 11553


Marc E. Scollar, Esq.
1031 Victory Boulevard
Staten Island, NY 10301

Nir Zeer
3820 Lombardy Street
Hollywood, FL 33021


NYC Environmental
Control Board
9 Bond Street
7th Floor
Brooklyn, NY 11201


NYS Dept of Taxation
and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


Ramy Zion
605 East New York Avenue
Apartment 4-L
Brooklyn, NY 11203


Shlomo Zeer
181 W. King Street
Hillside, NJ 07205


Sion Associates
24410 Jericho Turnpike
Floral Park, NY 11001-3901


Vintage Equities Corp.
c/o Harris Beach, PLLC
333 Earle Ovington Bldg
Suite 901
Uniondale, NY 11553